UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN WRIGHT-PORTER,

    Plaintiff,                    Case No.  11-10837
                                        HON. BERNARD A. FRIEDMAN
                                        MAGISTRATE JUDGE MONA K. MAJZOUB
v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE MAJZOUB'S JANUARY 10, 2012 REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**I.**    **Introduction**

    This matter is before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation ("R and R") dated January 10, 2012, recommending that the Court grant Defendant's motion for summary judgment and deny Plaintiff's motion for summary judgment. Neither party filed an objection to the R and R.

    This Court has had an opportunity to fully review this matter and the parties' filings, and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons. Further, the Court hereby adopts pages 2-11 of the R and R, comprising the procedural and factual history of this matter, as though restated herein.

**II.**    **Analysis**

    Plaintiff Lynn Wright-Porter's complaint seeks judicial review of Defendant

1

Commissioner of Social Security's determination that she is not entitled to social security benefits due to her impairments of depression/mental disorder, scoliosis, degenerative disc disease, and accompanying pain. The parties filed cross-motions for summary judgment. Plaintiff did not respond to Defendant's motion.

The Court has reviewed the cross-motions, as well as the R and R. The Court finds that the conclusion contained within the R and R that the ALJ properly addressed the treating source's opinion and did not need to discuss Plaintiff's husband's statement, and that substantial evidence supports the decision denying Plaintiff her disability benefits, is correct.

### III.     Order

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Mona K. Majzoub's Report and Recommendation dated January 10, 2012, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is GRANTED.


Dated: January 26, 2012            s/Bernard A. Friedman
       Detroit, Michigan           BERNARD A. FRIEDMAN
                                   UNITED STATES DISTRICT JUDGE